IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–01918–WDM–KMT

DAVID S. ZELENOK, and
KATHLEEN A. ZELENOK,

    Plaintiffs,

v.

DENNY BENTON, individually, and
THE CITY OF SOUTH FORK, an incorporated municipality,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Defendant Denny Benton's letter/motion addressed to Magistrate Judge Kathleen Tafoya (Doc. No. 48, filed June 29, 2010) is DENIED. District Judge Walker D. Miller entered an Order dismissing this case in its entirety on June 28, 2010. (Doc. No. 47.) This case is now closed. Any further documents sent to the court in violation of D.C.COLO.LCivR 77.2. will be stricken.

Dated: June 30, 2010